**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**FLOYD WILLIAMS**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 5:19-CV-00106 BSM**

**DAVID TAYLOR, et al.**                                             **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Floyd Williams's timely objections [Doc. No. 11], United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 10] is adopted. Defendants Taylor, Reynolds, Griffin, Parker, Page, ACI, and CCS are dismissed without prejudice. Williams's claims against the ADC are dismissed with prejudice.

IT IS SO ORDERED this 23rd day of April 2019.

_____
UNITED STATES DISTRICT JUDGE