# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**FLOYD WILLIAMS**                                                   **PLAINTIFF**
**ADC #139316**

**v.**

Case No. 5:19-cv-00106 BSM

**DAVID TAYLOR, et al.**                                         **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 32] has been received. After *de novo* review of the record, the RD is adopted. Defendants' motion for summary judgment [Doc. No. 25] is granted. Defendants' motion [Doc. No. 29] to deem statements of fact admitted is denied as moot.

IT IS SO ORDERED this 4th day of October 2019.

                                                                       */s/ Brian S. Miller*
                                                           UNITED STATES DISTRICT JUDGE