# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FLOYD WILLIAMS**                                                                                   **PLAINTIFF**
**ADC #139316**

**v.**

Case No. 5:19-cv-00106 BSM

**DAVID TAYLOR, et al.**                                                                 **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 39] has been received. After careful review of the record, the RD is adopted. The claims against Alesia Persons are dismissed without prejudice.

IT IS SO ORDERED this 12th day of November 2019.

                                                                                 _____
                                                                       UNITED STATES DISTRICT JUDGE