IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FLOYD WILLIAMS**                                                **PLAINTIFF**

v.                     Case No. 5:19-cv-00106 BSM

**DAVID TAYLOR, et al.**                                       **DEFENDANTS**

## <u>ORDER</u>

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 44] has been received, and after carefully reviewing the entire record, the RD is adopted. Floyd Williams's claims against Timothy Faloon are dismissed without prejudice.

IT IS SO ORDERED this 10th day of March 2020.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE