IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD WILLIAMS                                                                                    PLAINTIFF

v.                              Case No. 5:19-cv-00106 BSM

DAVID TAYLOR, et al.                                                                         DEFENDANTS

## ORDER

This case is terminated because all defendants have been dismissed. *See* Doc. Nos. 10, 32, 40, 45.

IT IS SO ORDERED this 24th day of March 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE