IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FLOYD WILLIAMS** PLAINTIFF

v.  Case No. 5:19-cv-00106 BSM

**DAVID TAYLOR, et al.** DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 24th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE